IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEVON NEWTON,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 25-CV-5009 |
| | : | |
| **ADULT PROBATION & PAROLE,** | : | |
| **PROBATION OFFICERS,** *et al.*, | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 6th day of November, 2025, upon consideration of pro se Plaintiff Devon Newton's Motion to Proceed *In Forma Pauperis* (Doc. No. 5), and Complaint (Doc. No. 1) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITHOUT PREJUDICE**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), as barred by *Heck v. Humphrey*, 512 U.S. 477 (1994) and with no leave to amend in this case. The dismissal is without prejudice to Newton filing a new civil action **only in the event** that his underlying conviction is reversed, vacated, or otherwise invalidated.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/ Karen Spencer Marston
**KAREN SPENCER MARSTON, J.**